**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09–8091 PA (Ex) | Date | January 8, 2010 |
|---|---|---|---|
| Title | Luther Coleman v. Bayer Corp., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS – COURT ORDER

On December 8, 2009 the Court ordered the parties to show cause why they should not file a Notice of Related Case as required by Local Rule 83-1.3.  The parties were ordered to file their response to the Court's order by December 18, 2009.  To date no response or Notice of Related Case has been filed.  Accordingly, no later than February 1, 2010, the parties are ordered to show cause, in writing, why the Court should not dismiss this case or impose other sanctions for their failure to respond to the Court's December 8, 2009 Order.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer